## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Saadia Mahmoud,                                                                 Civil No. 05-900 (DWF/FLN)

            Petitioner,

v.                                                                                                              **ORDER**

Mark Cangemi, Director, U.S. Immigration
& Customs Enforcement; Michael Chertoff,
Secretary, Department of Homeland Security;
and Alberto Gonzales, United States
Attorney General,

            Respondents.

---

Herbert A. Igbanugo, Esq., Blackwell Igbanugo PA, counsel for Petitioner.

D. Gerald Wilhelm, Assistant United States Attorney, United States Attorney's Office, counsel for Respondents.

---

      Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 29, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

      **IT IS HEREBY ORDERED** that Petitioner's Petition for Writ of Habeas Corpus is **DENIED**.

Dated: May 1, 2006                    s/Donovan W. Frank
                                              DONOVAN W. FRANK
                                              Judge of United States District Court